

**Original**

AYABE CHONG NISHIMOTO
   SIA & NAKAMURA

SIDNEY K. AYABE      968-0
RONALD T. MICHIOKA   7790-0
1003 Bishop Street, Pauahi 2500
Honolulu, Hawai'i 96813
Telephone:    537-6119
Facsimile:     526-3491
E-mail:       sidney.ayabe@hawadvocate.com
            ronald.michioka@hawadvocate.com



Attorneys for the Real Estate Commission
on matters relating to the Real Estate
Recovery Fund



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HARRY SAMELSON and DAN ROKOVITZ,<br><br>                  Plaintiffs,<br><br>vs.<br><br>KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE GOVERNMENTAL AGENCIES 1-20; DOE AGENCIES 1-20; and OTHER ENTITIES 1-20,<br><br>                  Defendants. | CIVIL NO. CV-00-00564 (KSC)<br>(Contract)<br><br>**EX PARTE MOTION** FOR GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF RONALD T. MICHIOKA; EXHIBITS "A" TO "D"; ORDER FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; GARNISHEE SUMMONS AND ORDER<br><br>JUDGMENT DATE: SEPTEMBER 18, 2001 |

[2001631 \ 362376]

EX PARTE MOTION FOR
<u>GARNISHEE SUMMONS AFTER JUDGMENT</u>

The Real Estate Commission ("REC") for the State of Hawaii, by and through its attorneys for matters relating to the Real Estate Recovery Fund ("RERF"), Ayabe Chong Nishimoto Sia & Nakamura, hereby moves this Court, *ex parte*, for issuance of a Garnishee Summons herein directed to Garnishee Travelers Casualty and Surety Company of America, directing them to appear and disclose under oath, as required by law, whether they at the time of service of said Summons had or expected to have (1) any of the goods or effects of Judgment Debtor KAREN JEFFERY and, if so, the nature, amount and value of same; or (2) whether it was or is indebted to Judgment Debtor KAREN JEFFERY, and if so, the nature and amount of such debts; or (3) whether it had any monies of Judgment Debtor KAREN JEFFERY in its possession, and if so, the amount thereof; or (4) whether Judgment Debtor KAREN JEFFERY was owed or expected to be owed any wages, salary, stipend, commissions, annuity, or net income under a trust, and if so, the amounts or rates thereof.

This Motion is made pursuant to Rule 69 of the Federal Rules of Civil Procedure and Chapters 467 and 652 of the Hawai'i Revised Statutes ("HRS"), and is based upon the attached Declaration of Ronald T. Michioka, counsel for the REC, Exhibits "A" to "D", and the records and files herein.

DATED: Honolulu, Hawai'i, March 19, 2008.

_____
SIDNEY K. AYABE
RONALD T. MICHIOKA
Attorneys for the Real Estate Commission
on matters relating to the Real Estate
Recovery Fund