THE ORIGINAL OF THE DOCUMENT
RECORDED AS FOLLOWS:
STATE OF HAWAII

BUREAU OF CONVEYANCES
DATE JAN 23 2003 TIME 9:30
DOCUMENT NO. 2003 - 012202

LAND COURT SYSTEM                    REGULAR SYSTEM

AFTER RECORDATION, RETURN BY MAIL ( X ) Pickup (  )

AYABE, CHONG, NISHIMOTO,
  SIA & NAKAMURA (RSN)
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 537-6119

Attorneys for Real Estate Commission
on matters relating to the Real Estate
Recovery Fund

## PARTIAL ASSIGNMENT OF JUDGMENT

This Partial Assignment of Judgment is made this _17_ day of

_December_, 2003 by Harry Samelson and Dan Rokovitz in favor of the Real Estate

Commission of the State of Hawaii.

In consideration of payment by the Real Estate Commission of the State

of Hawaii out of the Real Estate Recovery Fund account of Karen Jeffery (RB-13397) of

TWENTY-FIVE THOUSAND AND 00/100 DOLLARS ($25,000.00) each to Harry

**EXHIBIT B**

Samelson and Dan Rokovitz (hereinafter collectively referred to as the "Assignors"),

receipt of which is hereby acknowledged, the Assignors, as judgment creditors, hereby

assign a portion of their Judgment against Defendant Karen Jeffery in Case No.

CV 00-00564KSC, entitled *Harry Samelson and Dan Rokovitz v. Karen Jeffery dba*

*Pacific Island Investments, et al.*, United States District Court for the District of Hawaii,

filed September 18, 2001, and recorded in the Bureau of Conveyances as Regular

System Doc. No. 2001-149260 on September 21, 2001, to the Real Estate Commission

of the State of Hawaii, 250 South King Street, Room 702, Honolulu, Hawaii 96813, and

its successors and assigns, which shall be subrogated to the priority amount of $50,000

plus interest, pursuant to Section 467-22, Hawaii Revised Statutes.


HARRY SAMELSON


DAN ROKOVITZ

STATE OF NEW YORK                    )
                                     ) ss:
COUNTY OF ___New York___             )

On this __17__ day of __December__, 2003, before me personally appeared HARRY SAMELSON, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

_____
Notary Public, State of __New York__
My commission expires: __2004__

CLIFFORD PERLMAN
Notary Public, State of New York
No. 4961694
Qualified in New York County
Commission Expires February 5, 199___
2004

STATE OF NEW YORK                    )
                                     ) ss:
COUNTY OF ___*New York*___           )

On this __*17th*__ day of __*Decem*__, 2003, before me personally

appeared DAN ROKOVITZ, to me known to be the person described in and who

executed the foregoing instrument, and acknowledged that he executed the same as his

free act and deed.

_____

Notary Public, State of __*New York*__
My commission expires: __*2006*__

CLIFFORD PERLMAN
Notary Public, State of New York
No. 4961694
Qualified in New York County
Commission Expires February 5, ~~199~~
2006