## ATTACHMENT

BOND # 105023076

KNOW ALL MEN BY THESE PRESENTS:

That we, **Karen Jeffery**

as Principal(s), and **Travelers Casualty and Surety Company of America**, a **Connecticut** corporation, authorized to transact surety business in the State of **Hawaii**, as Surety, are held and firmly bound unto **Ruby A. Wong; All Islands, Inc. dba Century 21 All Islands; and J. Robert Lightbourn** as Obligee, in the penal sum of **One Hundred Thirty Three Thousand Three Hundred Thirty Three** ($ 133,333.00 ) DOLLARS, lawful money of the United States of America, for the payment of which, well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

Whereas, **Karen Jeffery** plaintiff, has commenced an action in the above entitled Court, against **Ruby A. Wong; All Islands, Inc dba Century 21 All Islands; and J. Robert Lightbourn**, defendant to recover from said defendant the sum of **Sixty-Six Thousand Six Hundred Sixty-Six and 24/100** Dollars ($ 66,666.24 ), together with accruing interest, and has filed the necessary affidavits to obtain an order of attachment against said defendant.

NOW THEREFORE, the undersigned **Travelers Casualty and Surety Company of America**

**Ruby A. Wong; All Islands, Inc. dba Century 21 All Islands; and J. Robert Lightbourne**, does hereby undertake to defendant, in the penal sum of **One Hundred Thirty Three Thousand Three Hundred Thirty Th** Dollars ($ 133,333.00 ), that the plaintiff shall pay the defendant all damages and costs, not exceeding the above amount, which he may sustain by reason of the attachment in this action if said order prove to have been wrongfully obtained, then this obligation shall be void, otherwise to remain in force and effect.

SIGNED AND SEALED this **4th** day of **January**, **2008**.

Karen Jeffery

BY _(signature)_
Principal

Travelers Casualty and Surety Company of America

BY _(signature)_
Alicia M. Marasco                Attorney-in-Fact

**EXHIBIT C**