

# KAREN JEFFERY
2040 Kauhikoa Road, Haiku, Hawaii 96708 USA
Phone: 808-573-5488  Fax: 808-573-6488  E-Mail: freelance@hawaii.rr.com

Karen Jeffery has spent her life as an entrepreneur and resource, establishing and managing businesses in the US mainland, Hawaii and the South Pacific islands.

## EDUCATION
Double Major (English and Art) at University of California, Irvine.
Continuing and advanced education in business, management, real estate, global marketing and finance.

| R.E., FINANCE, MGMT. COURSES: &lt;resulted in&gt; | DEGREE/CERTIFICATE: |
|---|---|
| California Real Estate School | California RE License, 1967 |
| Vitousek RE School | Hawaii RE License, 1978 |
| RE Exchanging | Qualifying Courses for National Council |
| RE Counseling I & II |   of Exchangors (NCE)"Gold Card" |
| Exchange & Creative Marketing | Exchange Marketing Certificate |
| 2 & 1 Advanced Sales Training | Certificate of Achievement |
| International Management Academy | Advanced Management Degree |
| Tax Planning In RE Transactions | Tax Masters Certification |
| Investment Qualification | Certificate of Achievement |
| Managers as Leaders | Management Achievement Designation |
| Business and Financial Planning | Financial Planning Designation |
| VIP 101-102, Corporate Calling | Relocation Specialist |
| Management Development | Management Specialist Designation |
| Managing for Profitability | Advanced Management Designation |
| International Essentials | CIPS (International Property Specialist) |
| Europe, Asia & the Americas | CIPS symposiums – |
| International Business | Masters in International Business |

Plus numerous seminars and courses (given and taken) in all phases of property and investment brokerage, management, marketing, counseling, taxation, appraising, development, exchanging, international finance, investment and estate planning.

## EXPERTISE
Karen brings a wealth of experience in vision, strategic planning, income generation, and corporate repositioning. Her sound qualifications and immense experience both in Hawaii and globally include forty years of entrepreneurial successes (and a couple of failures) as owner and managing director of numerous companies: dance studios, arts company, macadamia farm, restaurant, 30 years experience in real estate and international investment brokerage, management and development, hotel consulting, 15 years directing international companies and providing for islanders throughout the South Pacific, volunteerism, and private, corporate, and non-profit consulting.

In addition to entrepreneurial experience, Karen's background includes teaching and training, investment and financial management, residential and industrial property development and management, strategic planning, non-profit and political fundraising and revenue generation, marketing, public relations, website development and maintenance, blogging and other online campaigns, contract negotiation, as well as organizational repositioning, rebranding and restructuring.

Karen sees the big picture and works well with people of all cultures and diversities. An organizer and team builder, Karen is computer and Internet literate. Her skills and special expertise in global marketing, networking, problem solving and creative thinking offer a dynamic, solution-oriented mindset to any organization or venture.

**EXHIBIT D**

## WORK EXPERIENCE

**2003 to Present:**
- Consultant, handling various projects for numerous clients, including: web content and development, marketing, press and publicity, media consultancy, re-branding and ad campaigns, business correspondence, investment advice, finance and accounting, paralegal document preparation, architectural outsourcing, political campaigning, grant writing and fundraising as **RESOURCE UNLIMITED**
- Managing Director for two offshore companies and a vacation rental property (company home) for SPH in Rarotonga, Cook Islands
- Volunteer with Giving Back, MACC, Hospice Maui, Divine Feminine, Maui Democratic Party (Media and Communications Chair) and other Maui non-profits
- Journalist and Novelist – fiction and non-fiction                             Haiku, Maui

**2000 to 2006:** Managing Director of **SOUTH PACIFIC HOLDINGS, LTD.** (SPH), a Cook Islands company, affiliated with PII. Responsible for all company business: investment, brokerage, evaluation, management, consulting and development. Sold company in 2006.         Rarotonga, Cook Islands

**1990 to 2002:** Owner and Principal Broker of **PACIFIC ISLAND INVESTMENTS** (PII), an investment brokerage company, based in the Pacific and specializing in the consulting, marketing and sales of private islands, resort hotels and various investment opportunities throughout the South Pacific. PII had offices in Hawaii, Tahiti, Fiji, Cook Islands, New Zealand, Samoa and Vanuatu. Responsible for control of Pacific operations, negotiations, contracts, consulting, personal representation of the company at various international organizations, meeting with buyers and sellers on location, global marketing, public relations, correspondence, day to day scheduling and work flow, management and orchestration of personal assistants and a small team of committed individuals and affiliates in the islands and around the globe. Maintained company contacts and data base mailing lists, participated in international newsgroups and community-based networks.
                                    Waikoloa, Hawaii and other Pacific islands nations

**Professional memberships included:**

| | |
|---|---|
| National Association of Realtors | Kona Board of Realtors (Media & PR Chair) |
| Hawaii Association of Realtors(VC) | The Investment Group of Realtors |
| National Council of Exchangors | Kona-Kohala Chamber of Commerce |
| (Gold Card Member) | Who's Who of Luxury Real Estate |
| FIABCI (Federation of Int. R. E.) | International RE Symposium ~ Charter Member |
| APREC (the Asian-Pacific Council) | Global Business Network - Director |
| R.E.Cyberspace Society (Charter Member) | Board of Directors, Association for |
| International Real Estate Network | International Business (AIB) |

**1986-1990:** Vice President/major shareholder of **KAWAIHAE INDUSTRIAL DEVELOPMENT COMPANY, INC.**, a development corporation, specializing in the development, construction and leasing of warehousing on the Big Island of Hawaii. Karen handled negotiations, bidding, construction, leasing and public relations. Sold shares in 1990.                         Honolulu, Hawaii

**1980 to 1992:** Owner, partner, developer and finance manager of **KPL PARTNERS**, a residential development company in Hawaii. Built or acquired and remodeled numerous homes and properties for resale. Responsible for the acquisition, disposition, design, finance, construction, maintenance, marketing, sales and leasing.                                       Waikoloa, Hawaii

2

**1988- 1991:** CEO and CFO of **GLOBAL ARTS,** a firm established to represent, license, print, and promote Hawaiian artists.                                                                                            Waikoloa, Hawaii

**1983-1990:** Owner and Principal Broker of **CENTURY 21 PROPERTY NETWORK**, a general real estate brokerage, licensed in Hawaii, handling the sales and management of all types of real property throughout Hawaii, particularly on the Big Island. The firm had a sales team of 45 licensed sales agents and support staff, consistently won national and international awards for dollar volume and number of transactions. This was the premiere real estate company in the market area, and Karen owned and controlled the operation, hiring, firing, training, managing, etc. Karen's company also enjoyed solid profitability from its Property Management Division, involved in the maintenance and leasing of residential, commercial and industrial properties.
   During this time Karen was very high profile in the community, serving as Chair of several committees on local and statewide boards, advisor on numerous charitable trusts and causes, an avid fund-raiser for the homeless (housing and food), the disabled, abused women and children, culture and the arts and more. She was a trainer for the Board of Realtors, teaching business management, 1031 exchanges, estate planning, and all facets of real estate business, management and sales. Karen sold the company in early 1990, allowing her to attend more to her residential development company and international work with her new investment company, Pacific Island Investments.     Kamuela, Hawaii

**1978-1986:** Owned and operated a small macadamia nut farm on the Hamakua Coast. Grew organic macadamia nuts, papayas, mangos, bananas and other tree and vegetable crops for sale. Karen sold the farm when she became too busy with other ventures to oversee its operation.          Honokaa, Hawaii

**1978-1983:**
- Worked as Political Liaison and Campaign Secretary for various County and State representatives
- Performed company analysis, re-structuring, and consulting for small businesses, growing to mid-size
- Taught dance, movement therapy and worked as choreographer for various island productions
- Sold real estate as licensed Broker with Kamuela Land Company

Left these to open her own real estate company.                                                                    Honokaa, Hawaii

**1971-1978:** Owner and Manager of the **MOUSE TRAP DELICATESSEN**. Handled day-to-day operations of a 125-seat restaurant, serving breakfast, lunch, dinner, nightly entertainment, catering, and retail sales of wines, coffees, cookware and specialty foods. Karen was fully responsible for hiring, firing, training, ordering, payroll, accounts payable and receivable, advertising and promotion. This was the "happening place" in this booming timber town. She sold the restaurant to relocate back to Hawaii.
                                                                                                                                         Grants Pass, Oregon

**1970-1971:** High School and Special Needs Teacher on the North Shore of Oahu. High living expenses, low teacher pay and off season (surfing) instigated her relocation back to the mainland.
                                                                                                                                              Haleiwa, Hawaii

**1968-1970:** Acquisitions Director and Market Analyst for **MACCO CORPORATION.** Handled market research, feasibility studies, and proformas for the Land Acquisitions Division, directing the market "feel" of the projects and coordinating with architects, builders and sales teams in project follow-up. Responsible for the land acquisition and residential development of over 25,000 housing units (single family, multi family and mobile home park), she left Macco due to intolerable company corruption. Moved to Hawaii to teach and surf.                                       Newport Beach, California

3

**1965-1966:** Financial analyst, finance department of Hewlett Packard.                    Stanford, California

**1966-1968:**
- Student at University of California, Irvine campus
- Had two children
- Worked as Polaroid Girl
- Model for southern California department store
- Fairmont Mental Hospital ~ caregiver with severely disabled children
- Part time employment at the University Free School for gifted and talented children

                                                                                                                          Irvine, California

**1958-1964:** Various positions and jobs during high school and college: pbx, library, soda fountain, personal assistant, cashier, waitress, nanny, swim instructor, tutor, more…
                                                                                                                          Elsah, Illinois

**1952-1953:** at seven, Karen's first entrepreneurial venture – a very successful lemonade stand.
                                                                                                                          St. Louis, Missouri

## HOBBIES AND INTERESTS

In her work in various communities, Karen served as Chair of several committees on local, statewide, and international boards, advisor and officer for numerous charitable trusts and causes, an avid fund-raiser for the homeless, the disabled, abused women and children, culture and the arts and more. She is a former Hawaii state teacher and trainer for the Board of Realtors, teaching business management, development and sales, 1031 tax-deferred exchanges, estate planning, and all facets of real estate and investment, business, management and sales.

She volunteers time and energy to a number of worthy groups actively involved in supporting the humanity and equality of all people and causes which show social, cultural, financial and ecological responsibility. Hospice trained, Karen has worked with terminally ill patients, was Development Director and senior mentor with an intergenerational mentoring program, and is an active volunteer with RSVP, The Maui Arts and Cultural Center, and Media Chair with The Democratic Party of Maui.

Committed to life's adventure, Karen enjoys family and friends, reading, writing, photography, surfing (waves and the www), swimming, and travel. A happy, healthy woman of wide experience and considerable accomplishment, she has raised three children and several businesses and remains dedicated to professionalism and service to others.

Karen seeks to use her skills and experience in communities, businesses or causes she is passionate about…with people she loves.

*Karen Jeffery*
RESOURCE UNLIMITED
2040 Kauhikoa Road, Haiku, Hawaii 96708 USA
Phone 808-573-5488   Fax 808-573-6488   E-Mail: resource@maui.net

4