IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HARRY SAMELSON and DAN ROKOVITZ, <br><br> Plaintiffs, <br><br> vs. <br><br> KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE GOVERNMENTAL AGENCIES 1-20; DOE AGENCIES 1-20; and OTHER ENTITIES 1-20, <br><br> Defendants. | CIVIL NO. CV-00-00564 (KSC) <br> (Contract) <br><br> **ORDER** FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT |

[2001631 \ 362376]

**ORDER** FOR ISSUANCE OF
GARNISHEE SUMMONS AFTER JUDGMENT

The Court having reviewed the Ex Parte Motion for Issuance of Garnishee Summons After Judgment filed herein, the Declaration of Ronald T. Michioka, and the exhibits attached thereto, and the Court having found that good cause exists therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Chapter 652, Hawai'i Revised Statutes, a Garnishee Summons shall issue from this Court and that said Garnishee

Summons be directed to Travelers Casualty and Surety Company of America.

DATED: Honolulu, Hawai'i, MAR 19 2008 .

                                              JUDGE OF THE ABOVE-ENTITLED COURT

---

*Samelson, et al. v. Jeffery, et al.*, Civil No. CV00-00564KSC, United States District Court, District of Hawaii; ORDER FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HARRY SAMELSON and DAN ROKOVITZ,<br><br>                Plaintiffs,<br><br>vs.<br><br>KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE GOVERNMENTAL AGENCIES 1-20; DOE AGENCIES 1-20; and OTHER ENTITIES 1-20,<br><br>                Defendants. | CIVIL NO. CV-00-00564 (KSC)<br>(Contract)<br><br>GARNISHEE SUMMONS AND ORDER<br><br>JUDGMENT DATE: SEPTEMBER 18, 2001<br><br>JUDGMENT AMOUNT WITH INTEREST: $82,489.24 |

[2001631 \ 362376]

## GARNISHEE SUMMONS AND ORDER

TO: ANY OFFICER AUTHORIZED TO MAKE SERVICE

      You are commanded to leave a true and correct copy of this Summons and Order with each named Garnishee:

TO: TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
     c/o CSC Services of Hawai'i, Inc.
     1003 Bishop Street, Suite 1600
     Pauahi Tower
     Honolulu, Hawai'i 96813

      You, as garnishee, are hereby Summoned and required to appear personally before the Judge presiding in the above-entitled

proceedings in the Prince Jonah Kuhio Kalanianaole Federal Building, 300 Ala Moana Boulevard, Second Floor, Honolulu, Hawaii 96850 at the hour of 930 a.m. on 4/22/08 the First Tuesday not a holiday, following the expiration of twenty (20) days after service, or to file a written disclosure in the above-entitled Court, State of Hawaii, and serve a copy on the Real Estate Commission or its attorney within twenty (20) days after service of this Summons upon you, exclusive of the date of service.

      Your disclosure must be made under oath. It must state whether you have, or at the time of service have (1) any goods or effects of Judgment Debtor KAREN JEFFERY and if so, the nature, amount and value of same; or (2) whether you were or are indebted to Judgment Debtor KAREN JEFFERY, and if so, the nature and amount of such debts; or (3) whether you have any monies of Judgment Debtor KAREN JEFFERY in your possession and, if so, the amount thereof; or (4) whether Judgment Debtor KAREN JEFFERY was owed or expected to be owed any wages, salary, stipend, commissions, annuity or net income under a trust, and if so, the amounts or rates thereof.

      Garnishee is hereby ordered to hold and secure from the time of service of this summons, and until further ordered by the court, an amount of money which shall not exceed 120% of the

amount of the judgment with interest indicated above, including costs and interests, as provided by HRS Chapters 652 and 653, as amended. Post judgment interest shall not be applied to prejudgment interest.

DATED: Honolulu, Hawai'i, MAR 2 1 2008.

SUE BEITIA

_____
CLERK OF THE ABOVE-ENTITLED COURT

Deputy Clerk, United States
District Court, District of Hawaii