ORIGINAL

AYABE CHONG NISHIMOTO
 SIA & NAKAMURA

SIDNEY K. AYABE            968-0
RONALD T. MICHIOKA         7790-0
1003 Bishop Street, Pauahi 2500
Honolulu, Hawai'i  96813
Telephone:     537-6119
Facsimile:     526-3491
E-mail:        sidney.ayabe@hawadvocate.com
               ronald.michioka@hawadvocate.com

Attorneys for the Real Estate Commission
on matters relating to the Real Estate
Recovery Fund

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HARRY SAMELSON and DAN ROKOVITZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE GOVERNMENTAL AGENCIES 1-20; DOE AGENCIES 1-20; and OTHER ENTITIES 1-20,<br><br>Defendants. | CIVIL NO. CV-00-00564 (KSC)<br>(Contract)<br><br>RETURN OF SERVICE AND ACKNOWLEDGMENT OF SERVICE<br><br>[Re:  Ex Parte Motion for Garnishee Summons After Judgment; Declaration of Ronald T. Michioka; Exhibits "A" TO "D"; Order for Issuance of Garnishee Summons After Judgment; Garnishee Summons and Order] |

[2001631 \ 363299]

RETURN OF SERVICE

I hereby certify that I served a file-marked copy of:

EX PARTE MOTION FOR GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF RONALD T. MICHIOKA; EXHIBITS "A" TO "D"; ORDER FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; **GARNISHEE SUMMONS AND ORDER** (filed March 21, 2008)

on the following person at the place, date and time herein shown:

| NAME OF PERSON and PLACE SERVED | DATE and TIME |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, through its registered agent, CSC Services of Hawaii, Inc., through its Secretary, Jessie Tugade-Parmley, at 1003 Bishop St., Pauahi 1600, Honolulu, Hawaii. | March 26, 2008 10:53 a.m. |

DATED: Honolulu, Hawai'i, _____3/26/08_____.

_____
Process Server
Dennis H. Nakata, authorized by Dept. of Public Safety, State of Hawaii

ACKNOWLEDGMENT OF SERVICE

The undersigned hereby acknowledges receipt of the Ex Parte Motion for Garnishee Summons After Judgment; Declaration of Ronald T. Michioka; Exhibits "A" to "D"; Order for Issuance of Garnishee Summons After Judgment; **Garnishee Summons and Order** (filed March 21, 2008).

| NAME | TIME/DATE |
|---|---|
| Policy states service not to acknowledge with signature | |

2