LAW OFFICES OF PHILIP R. BROWN

PHILIP R. BROWN     6154
EFFIE A. STEIGER    8833
Pauahi Tower, Suite 2005
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-5900

Attorney for Plaintiffs/Counterclaim Defendants
and Judgment Creditors
HARRY SAMELSON and DAN ROKOVITZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HARRY SAMELSON and DAN ROKOVITZ,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE GOVERNMENTAL AGENCIES 1-20; DOE AGENCIES 1-20; and OTHER ENTITIES 1-20,<br><br>　　　　　Defendants. | CIVIL NO. CV-00-00564 (KSC)<br>(Contract)<br><br>**PLAINTIFFS/COUNTERCLAIM DEFENDANTS/JUDGMENT CREDITORS HARRY SAMELSON AND DAN ROKOVITZ'S JOINDER TO EX PARTE MOTION FOR GARNISHEE SUMMONS AFTER JUDGMENT FILED ON MARCH 19, 2008; CERTIFICATE OF SERVICE**<br><br>Hearing:<br><br>Date:　April 22, 2008<br>Time:　9:30 a.m.<br>Judge: Presiding<br><br>Judgment Date: September 18, 2001 |

F:Samelson/Pleadings/Joinder Garnishee Summons Motion

**PLAINTIFFS/COUNTERCLAIM DEFENDANTS/JUDGMENT CREDITORS HARRY SAMELSON AND DAN ROKOVITZ'S JOINDER TO EX PARTE MOTION FOR GARNISHEE SUMMONS AFTER JUDGMENT FILED ON MARCH 19, 2008**

Plaintiffs/Counterclaim Defendants and Judgment Creditors, HARRY SAMELSON and DAN ROKOVITZ (collectively "Plaintiffs"), by and through their attorneys, undersigned, hereby join in the Real Estate Commission for the State of Hawaii's Ex Parte Motion for

Garnishee Summons After Judgment filed on March 21, 2008 (the "Garnishee Summons Motion"). Plaintiffs hereby accept and adopt the compelling arguments contained in the Garnishee Summons Motion and the Declaration of Ronald T. Michioka dated March 19, 2008 in support of the Garnishee Summons Motion. Moreover, Plaintiffs respectfully request that the Court place Plaintiffs in the "Second Position" to receive any remaining funds available from Travelers Casualty and Surety Company of America after payment to the Real Estate Commission of the State of Hawaii has been satisfied.

DATED: Honolulu, Hawaii, April 9, 2008.

/s/ *Philip R. Brown*

PHILIP R. BROWN
EFFIE A. STEIGER

Attorney for Plaintiffs/
Counterclaim Defendants
and Judgment Creditors
HARRY SAMELSON
and DAN ROKOVITZ

2