IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HARRY SAMELSON and DAN ROKOVITZ, | ) ) ) | CIVIL NO. CV-00-00564 (Contract) |
| Plaintiffs, | ) ) ) | **CERTIFICATE OF SERVICE** |
| vs. | ) ) ) | |
| KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE GOVERNMENTAL AGENCIES 1-20; DOE AGENCIES 1-20; and OTHER ENTITIES 1-20, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true and correct copy of the foregoing document will be duly served Electronically through CM/ECF to the following party:

Sidney K. Ayabe, Esq.
Ayabe Chong Nishimoto Sia & Nakamura
1003 Bishop Street
Pauahi Tower, Suite 2500
Honolulu, Hawaii 96813
sidney.ayabe@hawaiiadvocate.com

Attorney for the Real Estate Commission
on matters relating to the Real Estate Recovery Fund

1

I further certify that on this date that a true and correct copy of the foregoing document will be duly served on the parties listed below in the manner listed below:

| | |
|---|---|
| Travelers Casualty and Surety Company of America<br>1003 Bishop Street<br>Pauahi Tower, Suite 1600<br>Honolulu, Hawaii 96813 | *Via Hand Delivery* |
| Karen Jeffery<br>2040 Kauhikoa Road<br>Haiku, Hawaii 96708<br><br>Pro Se Defendant/Counterclaimant<br>Judgment Debtor | *Via Certified Mail*<br>*Return Receipt Requested* |

DATED: Honolulu, Hawaii, April 9, 2008.

/s/ *Philip R. Brown*
_____
PHILIP R. BROWN
EFFIE A. STEIGER

Attorney for Plaintiffs/
Counterclaim Defendants
and Judgment Creditors
HARRY SAMELSON
and DAN ROKOVITZ

2