
**TRAVELERS**

One Tower Square, 2S2
Hartford, CT 06183

Lisa Hirai
Senior Counsel
Travelers Bond & Financial Products
860-954-4088
800-905-1629 (fax)

April 11, 2008

Sue Beitia
Clerk of the Court
United States District Court
District of Hawaii
Prince Jonah Kuhio Kalanianaole Federal Building
300 Ala Moana Blvd., 2nd Floor
Honolulu, HI 96850

Re:   *Harry Samelson, et al. v. Karen Jeffery dba Pacific Island Investments, et al.*, USDC, District of Hawaii, Civil no. CV-00-00564 KSC

Dear Madam Clerk:

I am writing in response to the Garnishee Summons and Order in the above referenced matter. Enclosed please find an affidavit which attests that Travelers Casualty and Surety Company of America neither maintains any assets of Karen Jeffery nor owes Karen Jeffery any monies.

We trust this satisfactorily responds to the order. Please feel free to call me at (860) 954-4088 should you have any questions.

Sincerely,

Lisa Hirai

Encl.

cc:   Ronald Michioka, Esq.

STATE OF CONNECTICUT        §
HARTFORD COUNTY             §

### AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Lisa Hirai, who swore on oath that the following facts are true:

"My name is Lisa Hirai. I am of sound mind, capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"I am Senior Counsel for Travelers Casualty and Surety Company of America ("Travelers") for this matter.

"Travelers issued Attachment Bond No. 105023076 on behalf of Karen Jeffery, as principal, in the penal sum of One Hundred Thirty Three Thousand Three Hundred Thirty Three Dollars ($133,333.00). In order to obtain the bond, Karen Jeffery paid a premium of One Thousand Three Hundred Thirty Three Dollars ($1,333.00) to Travelers, which is fully earned. In other words, no portion of the premium is returnable.

"Travelers did not obtain any other renumeration and did not receive collateral. Travelers does hold or maintain any assets of Karen Jeffery.

"Finally, Travelers is not indebted to Karen Jeffery, nor does Travelers expect to owe any monies to Karen Jeffery in the future, including but not limited to, wages, salary, stipend, commissions, annuity or income.

_____
Affiant

_Senior Counsel_
Title

SWORN AND SUBSCRIBED to me on _April 11, 2008_

_Carol A. Thompson_
Notary Public
My Commission Expires _12-31-2012_

My Commission Expires December 31, 2012