AYABE CHONG NISHIMOTO
    SIA & NAKAMURA

SIDNEY K. AYABE      968-0
RONALD T. MICHIOKA   7790-0
1003 Bishop Street, Pauahi 2500
Honolulu, Hawai'i 96813
Telephone:   537-6119
Facsimile:   526-3491
E-mail:   sidney.ayabe@hawadvocate.com
          ronald.michioka@hawadvocate.com

Attorneys for the Real Estate Commission
on matters relating to the Real Estate
Recovery Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HARRY SAMELSON and DAN ROKOVITZ,<br><br>          Plaintiffs,<br><br>vs.<br><br>KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE GOVERNMENTAL AGENCIES 1-20; DOE AGENCIES 1-20; and OTHER ENTITIES 1-20,<br><br>          Defendants. | CIVIL NO. CV-00-00564 (KSC)<br>(Contract)<br><br>**EX PARTE MOTION** FOR ORDER FOR EXAMINATION OF JUDGMENT DEBTOR DEFENDANT KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS; DECLARATION OF RONALD T. MICHIOKA; EXHIBITS "A" TO "C"; CERTIFICATE OF SERVICE<br><br>JUDGMENT DATE:<br>    SEPTEMBER 18, 2001 |

[2001631 \ 366613v2]

**EX PARTE MOTION** FOR ORDER FOR
EXAMINATION OF JUDGMENT DEBTOR DEFENDANT
<u>KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS</u>

The Real Estate Commission ("REC") for the State of Hawai'i, by and through its attorneys for matters relating to the Real Estate Recovery Fund ("RERF"), Ayabe Chong Nishimoto Sia & Nakamura, hereby moves this Court, *ex parte*, for issuance and entering of an Order herein citing and summoning KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS, as judgment debtor to be and appear before the Honorable Magistrate Judge Kevin S.C. Chang in his courtroom at a time certain for examination as a judgment debtor.

This Motion is made pursuant to Rule 69 of the Federal Rules of Civil Procedure and Section 636-4 of the Hawai'i Revised Statutes ("HRS"), and is supported by the attached Declaration of Ronald T. Michioka, counsel for the REC, Exhibits "A" to "C", and the records and files herein.

DATED: Honolulu, Hawai'i, April 24, 2008.

                                          <u>/s/ Ronald T. Michioka</u>
                                          SIDNEY K. AYABE
                                          RONALD T. MICHIOKA
                                          Attorneys for the Real Estate Commission
                                          on matters relating to the Real Estate
                                          Recovery Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HARRY SAMELSON and DAN ROKOVITZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE GOVERNMENTAL AGENCIES 1-20; DOE AGENCIES 1-20; and OTHER ENTITIES 1-20,<br><br>Defendants. | CIVIL NO. CV-00-00564 (KSC)<br>(Contract)<br><br>CERTIFICATE OF SERVICE |

[2001631 \ 366613v2]

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 24, 2008, a true and correct copy of the foregoing Ex Parte Motion For Order For Examination of Judgment Debtor Defendant Karen Jeffery dba Pacific Island Investments was duly delivered, by first class mail delivery, to the following persons at their last known addresses:

TO:  Ms. Karen Jeffery
     2040 Kauhikoa Road
     Haiku, Hawai'i  96708

Philip R. Brown, Esq.
Pauahi Tower, Suite 2005
1003 Bishop Street
Honolulu, Hawai'i  96813

DATED:  Honolulu, Hawai'i, April 24, 2008.


　　　　　　　　　　/s/ Ronald T. Michioka
　　　　　　　　SIDNEY K. AYABE
　　　　　　　　RONALD T. MICHIOKA
　　　　　　　　Attorneys for the Real Estate Commission
　　　　　　　　on matters relating to the Real Estate
　　　　　　　　Recovery Fund

2