ORIGINAL

R-719

STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED

SEP 21, 2001   09:30 AM

Doc No(s) 2001-149260

AFTER RECORDATION,
RETURN TO:

/s/CARL T. WATANABE
ACTING
REGISTRAR OF CONVEYANCES

LAW OFFICES OF PHILIP R. BROWN
Pacific Tower, Suite 3050
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-5900

## JUDGMENT FILED ON SEPTEMBER 18, 2001

Plaintiffs HARRY SAMELSON and DAN ROKOVITZ, by and through their undersigned counsel, herewith submits for recordation as Exhibit "A" the Judgment filed in the United States District Court, District of Hawaii, on September 18, 2001. KAREN JEFFERY's social security number is 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.

DATED: Honolulu, Hawaii, September 21, 2001.

PHILIP R. BROWN
Attorney for Plaintiffs
HARRY SAMELSON and
DAN ROKOVITZ

F:Grisham/Pleadings/Judgment Record

**EXHIBIT A**

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF HAWAII _____

| | |
|---|---|
| HARRY SAMELSON and DAN ROKOVITZ<br><br>Plaintiff(s),<br><br>V.<br><br>KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE GOVERNMENTAL AGENCIES 1-20; DOE AGENCIES 1-20; and OTHER ENTITIES 1-20<br><br>Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 00-00564KSC<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>September 18 2001<br><br>At 4 o'clock and 00 min p.m.<br>WALTER A.Y.H. CHINN, CLERK |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that summary judgment is granted in favor of plaintiffs HARRY SAMELSON and DAN ROKOVITZ and against defendants KAREN JEFFERY dba Pacific Island Investments.

IT IS FURTHER ORDERED that Plaintiffs are entitled to damages in the sum of $130,000 in general damages resulting from the $80,00 misappropriated from the client trust account and $50,000 which was paid to the sellers in settlement of their claims. These damages are trebled pursuant to H.R.S. 480-2 and 480-13.

IT IS FURTHER ORDERED that defendants counterclaim is dismissed with prejudice.

cc: all counsel

| | |
|---|---|
| September 18, 2001<br>Date<br>ATTEST: A True Copy<br>WALTER A.Y.H. CHINN<br>Clerk, United States District<br>Court, District of Hawaii<br>By _____<br>Deputy | WALTER A.Y.H. CHINN<br>Clerk<br><br>_____<br>(By) Deputy Clerk |