# EXHIBIT "C"

1. Your and/or Pacific Island Investments' ("PII") state and federal tax returns for the past five (5) years.

2. All bank statements or reports with respect to any checking account, savings account, money market account or other bank account of any nature in your and/or PII's name or to which you are signatory for the past twelve (12) months.

3. All evidence of ownership by you and/or PII of any interest in a mutual fund or similar investment fund.

4. All stocks, bonds or equities in which you and/or PII have an interest or evidence of ownership of any such stocks, bonds or equities.

5. Any and all financial statements with respect to your and/or PII's financial status prepared for or submitted to any person or entity in the last five (5) years.

6. All certificates of deposit in which you and/or PII have an interest or evidence of ownership of any such certificate or deposits.

7. All titles and registrations of any motor vehicles or recreational vehicles including airplanes and boats in which you and/or PII have an interest.

8. All deeds and contracts or other evidence of ownership in real property in which you and/or PII currently hold or have held an interest in the past ten (10) years.

9. All universal or whole life insurance policies insuring your life for the past five (5) years.

10. All documentation pertaining to any accounts receivable or notes receivable from any person or entity to you and/or PII.

11. All check stubs, canceled checks, ledgers or other documentation illustrating any wage, salary or other form of compensation you and/or PII have received in the past five (5) years.

12. Pleadings pertaining to the full case caption of any lawsuit to which you and/or PII have been a party in the past five (5) years.

13. All lease agreements or other contracts providing for payment of any monetary sums to you and/or PII from any individual or entity.

14. All Qualified Retirement Plans which you and/or PII have an interest in, or which have been adopted by your employer, including but not limited to all 401K plans, profit sharing plans, pension plans and simplified employee pension (SEP) plans.

15. The most recent statements indicating the account balances and showing your and/or PII's interest in all plans identified in Request No. 14.

16. Copies of all non-qualified deferred compensation plans.

17. All stock certificates in corporation of which you are and/or PII is a record holder of stock.

18. All balance sheets, income and expense statements and other corporate documents of the corporations in which you and/or PII hold stock in accordance with Request No. 17.

19. All documents indicating any interest which you and/or PII have or that evidence your and/or PII's ownership in any individual retirement account (IRA).

20. All trust documents by which you and/or PII have transferred money or property to any trusts within the last three (3) years.

21. All documents which indicate any transfer of title of any assets by you and/or PII within the last three (3) years.

22. All documents which indicate any transfer of any real property by you and/or PII within the last three (3) years.

23. All gift tax returns filed by you and/or PII within the last three (3) years.

24. All partnership agreements in which you and/or PII are either the general partner or limited partner.