LAW OFFICES OF PHILIP R. BROWN

PHILIP R. BROWN          6154
EFFIE A. STEIGER         8833
Pauahi Tower, Suite 2005
1003 Bishop Street
Honolulu, Hawaii  96813
Telephone No. (808) 523-5900

Attorney for Plaintiffs/Counterclaim Defendants
and Judgment Creditors
HARRY SAMELSON and DAN ROKOVITZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HARRY SAMELSON and DAN ROKOVITZ,<br><br>         Plaintiffs,<br><br>vs.<br><br>KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE GOVERNMENTAL AGENCIES 1-20; DOE AGENCIES 1-20; and OTHER ENTITIES 1-20,<br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV-00-00564 (KSC)<br>(Contract)<br><br>**PLAINTIFFS/COUNTERCLAIM DEFENDANTS/JUDGMENT CREDITORS HARRY SAMELSON AND DAN ROKOVITZ'S JOINDER TO EX PARTE MOTION FOR ORDER FOR EXAMINATION OF JUDGMENT DEBTOR KAREN JEFFERY DBA PACIFIC ISLAND INVESTMENTS FILED ON APRIL 24, 2008; CERTIFICATE OF SERVICE**<br><br>Judgment Date: September 18, 2001 |

F:Samelson/Pleadings/Joinder Examination Motion

**PLAINTIFFS/COUNTERCLAIM DEFENDANTS/JUDGMENT CREDITORS HARRY SAMELSON AND DAN ROKOVITZ'S JOINDER TO EX PARTE MOTION FOR ORDER FOR EXAMINATION OF JUDGMENT DEBTOR KAREN JEFFERY DBA PACIFIC ISLAND INVESTMENTS FILED ON APRIL 24, 2008**

Plaintiffs/Counterclaim Defendants and Judgment Creditors, HARRY SAMELSON and DAN ROKOVITZ, by and through their attorneys, undersigned, hereby join in the Real Estate Commission for the State of Hawaii's Ex Parte Motion for Order for Examination of Judgment Debtor Karen Jeffery dba Pacific Island Investment filed on April 24, 2008.

DATED: Honolulu, Hawaii, April 24, 2008.

/s/ *Philip R. Brown*

PHILIP R. BROWN
EFFIE A. STEIGER

Attorney for Plaintiffs/
Counterclaim Defendants
and Judgment Creditors
HARRY SAMELSON
and DAN ROKOVITZ

2