AYABE CHONG NISHIMOTO
    SIA & NAKAMURA

SIDNEY K. AYABE          968-0
RONALD T. MICHIOKA       7790-0
1003 Bishop Street, Pauahi 2500
Honolulu, Hawai'i  96813
Telephone:      537-6119
Facsimile:      526-3491
E-mail:         sidney.ayabe@hawadvocate.com
                ronald.michioka@hawadvocate.com

Attorneys for the Real Estate Commission
on matters relating to the Real Estate
Recovery Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HARRY SAMELSON and DAN ROKOVITZ,<br><br>             Plaintiffs,<br><br>vs.<br><br>KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE GOVERNMENTAL AGENCIES 1-20; DOE AGENCIES 1-20; and OTHER ENTITIES 1-20,<br><br>             Defendants. | CIVIL NO. CV-00-00564 (KSC)<br>(Contract)<br><br>**CERTIFICATE OF SERVICE Re ORDER** GRANTING EX PARTE MOTION FOR ORDER FOR EXAMINATION OF JUDGMENT DEBTOR DEFENDANT KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS; EXHIBIT "C" FILED APRIL 25, 2008 |

[2001631 \ 367114]

**CERTIFICATE OF SERVICE Re ORDER** GRANTING EX PARTE MOTION FOR ORDER FOR EXAMINATION OF JUDGMENT DEBTOR DEFENDANT KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS; EXHIBIT "C" FILED APRIL 25, 2008

The undersigned hereby certifies that a true and accurate copy of the Order Granting Ex Parte Motion for Order for Examination of Judgment Debtor Defendant Karen Jeffery dba Pacific Island Investments; Exhibit "C", filed electronically on April 25, 2008 was duly served as stated below upon the following on April 25, 2008:

| | |
|---|---|
| Ms. Karen Jeffery<br>2040 Kauhikoa Road<br>Haiku, Hawai'i  96708 | via U.S. mail, postage prepaid |
| Philip R. Brown, Esq.<br>Pauahi Tower, Suite 2005<br>1003 Bishop Street<br>Honolulu, Hawai'i  96813 | electronically via CBM/ECF |

DATED:  Honolulu, Hawai'i, April 25, 2008.

    /s/ Ronald T. Michioka
SIDNEY K. AYABE
RONALD T. MICHIOKA
Attorneys for the Real Estate Commission on matters relating to the Real Estate Recovery Fund