

# Notices

1:00-cv-00564-KSC Samelson, et al v. Jeffery, et al **CASE CLOSED on 09/18/2001**

U.S. District Court

District of Hawaii - CM/ECF V3.1.2 (12/07)

## Notice of Electronic Filing

The following transaction was entered on 4/11/2008 at 8:31 AM HST and filed on 4/11/2008
**Case Name:**      Samelson, et al v. Jeffery, et al
**Case Number:**    1:00-cv-564
**Filer:**
**WARNING: CASE CLOSED on 09/18/2001**
**Document Number:** 92(No document attached)

**Docket Text:**
**NOTICE of Hearing on Motion [91] Plaintiffs/Counterclaim Defendants/Judgment Creditors Harry Samelson and Dan Rokovitz's Joinder to Ex Parte Motion for Garnishee Summons After Judgment filed on March 19, 2008 set for 4/22/2008 09:30 AM before JUDGE KEVIN S.C. CHANG. (sna, )**

**1:00-cv-564 Notice has been electronically mailed to:**

Sidney K. Ayabe  sidney.ayabe@hawadvocate.com

Philip R. Brown  prblawyer@hawaii.rr.com, steigere@hawaii.rr.com

Ronald T. Michioka  ronald.michioka@hawadvocate.com

**1:00-cv-564 Notice will not be electronically mailed to:**

Karen Jeffery


Karen Jeffery
PO Box 383970
Waikoloa, HI 96738