UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

CV 00-564 KSC

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 2 2008
12:30 pm
DISTRICT OF HAWAII

Karen Jeffery
PO Box 383970
Waikoloa, HI 96738

NIXIE   968   DC 1   00 05/01/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 968504971099   *2272-00339-01-11

## Notices

1:00-cv-00564-KSC Samelson, et al v. Jeffery, et al **CASE CLOSED on 09/18/2001**

U.S. District Court

District of Hawaii - CM/ECF V3.1.2 (12/07)

### Notice of Electronic Filing

The following transaction was entered on 4/24/2008 at 4:46 PM HST and filed on 4/24/2008
**Case Name:**   Samelson, et al v. Jeffery, et al
**Case Number:**   1:00-cv-564
**Filer:**
**WARNING: CASE CLOSED on 09/18/2001**
**Document Number:** 97(No document attached)

**Docket Text:**
**NOTICE of Hearing on Motion [95] Return Date on Examination of Judgment Debtor (Karen Jeffry dba Pacific Island Investments); and [96] Plaintiffs/Counterclaim Defendants/Judgment Creditors Harry Samelson and Dan Rokovitz's Joinder to Ex Parte Motion for Order for Examination of Judgment Debtor Karen Jeffery dba Pacific Island Investments set for 5/30/2008 09:30 AM before JUDGE KEVIN S.C. CHANG. (sna, )**

**1:00-cv-564 Notice has been electronically mailed to:**

Sidney K. Ayabe   sidney.ayabe@hawadvocate.com

Philip R. Brown   prblawyer@hawaii.rr.com, steigere@hawaii.rr.com

Ronald T. Michioka   ronald.michioka@hawadvocate.com

**1:00-cv-564 Notice will not be electronically mailed to:**

Karen Jeffery

Karen Jeffery
PO Box 383970
Waikoloa, HI 96738