# MINUTES

CASE NUMBER:     CV00-00564KSC

CASE NAME:       Harry Samelson, et al. vs. Karen Jeffery, et al.

ATTYS FOR PLA:   Philip Brown, by phone

ATTYS FOR DEFT:  Ronald Michioka, by phone
                 Deborah Wright, by phone

INTERPRETER:

JUDGE:   Kevin S.C. Chang           REPORTER:   C6 - no record

DATE:    5/9/2008                   TIME:       9:30-9:45am

COURT ACTION:  EP:  Status Conference Re: Return Date on Examination of Judgment Debtor (Karen Jeffery dba Pacific Island Investments).  Discussion held.  Counsel to speak further and submit a Stipulation for continuance of the 5/30/08 Debtor Examination.  The Stipulation to also contain the current address of Karen Jeffery.

Submitted by: Shari Afuso, Courtroom Manager