AYABE CHONG NISHIMOTO
    SIA & NAKAMURA

| | |
|---|---|
| SIDNEY K. AYABE | 968-0 |
| RONALD T. MICHIOKA | 7790-0 |

1003 Bishop Street, Pauahi 2500
Honolulu, Hawai'i  96813
Telephone:	537-6119
Facsimile:	526-3491
E-mail:	sidney.ayabe@hawadvocate.com
	ronald.michioka@hawadvocate.com

Attorneys for the Real Estate Commission
on matters relating to the Real Estate
Recovery Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HARRY SAMELSON and DAN ROKOVITZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE GOVERNMENTAL AGENCIES 1-20; DOE AGENCIES 1-20; and OTHER ENTITIES 1-20,<br><br>    Defendants. | CIVIL NO. CV-00-00564 (KSC)<br>(Contract)<br><br>**NOTICE OF WITHDRAWAL** OF MOTION FOR JUDGMENT DEBTOR EXAMINATION STIPULATION RE: EXAMINATION OF JUDGMENT DEBTOR KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS, FILED MAY 15, 2008<br><br>Examination Date:  May 30, 2008<br>Examination Time:  9:30 a.m. |

[2001631 \ 369365]

**NOTICE OF WITHDRAWAL** OF
MOTION FOR JUDGMENT DEBTOR EXAMINATION
STIPULATION RE: EXAMINATION OF JUDGMENT DEBTOR KAREN
JEFFERY dba PACIFIC ISLAND INVESTMENTS, FILED MAY 15, 2008

The Real Estate Commission of the State of Hawai'i, by and through its attorneys, Ayabe Chong Nishimoto Sia & Nakamura, hereby withdraws its Motion for Judgment Debtor Examination Stipulation Re: Examination of Judgment Debtor Karen Jeffery dba Pacific Island Investments, filed May 15, 2008.

DATED: Honolulu, Hawai'i, May 16, 2008.

/s/ Ronald T. Michioka
RONALD T. MICHIOKA, ESQ.
Attorney for the Real Estate
Commission on matters relating to
the Real Estate Recovery Fund