AYABE CHONG NISHIMOTO
  SIA & NAKAMURA

SIDNEY K. AYABE           968-0
RONALD T. MICHIOKA        7790-0
1003 Bishop Street, Pauahi 2500
Honolulu, Hawai'i  96813
Telephone:    537-6119
Facsimile:    526-3491
E-mail:       sidney.ayabe@hawadvocate.com
              ronald.michioka@hawadvocate.com

Attorneys for the Real Estate Commission
on matters relating to the Real Estate
Recovery Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HARRY SAMELSON and DAN ROKOVITZ,<br><br>        Plaintiffs,<br><br>    vs.<br><br>KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE GOVERNMENTAL AGENCIES 1-20; DOE AGENCIES 1-20; and OTHER ENTITIES 1-20,<br><br>        Defendants. | CIVIL NO. CV-00-00564 (KSC)<br>(Contract)<br><br>**FIRST AMENDED NOTICE** OF EXAMINATION OF JUDGMENT DEBTOR KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS<br><br>Continued Examination Date:<br>**December 5, 2008**<br>Continued Examination Time:<br>**9:30 a.m.** |

[2001631 \ 370496]

**FIRST AMENDED NOTICE**
OF EXAMINATION OF JUDGMENT DEBTOR
<u>KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS</u>

TO:

DEBORAH WRIGHT, ESQ.
Wright & Kirshbraun, LLLC
1885 Main Street, Ste. 108
Wailuku, Hawai'i  96793
   Attorney for Defendant and Judgment Debtor
   KAREN JEFFERY dba PACIFIC ISLAND INVESTMENTS


PHILIP R. BROWN, ESQ.
Pauahi Tower, Ste. 2005
1003 Bishop Street
Honolulu, Hawai'i  96813
   Attorney for Plaintiffs and Second Judgment Creditors


      **PLEASE TAKE NOTICE** that, on behalf of the First Judgment Creditor Real Estate Commission of the State of Hawai'i, the following examination of judgment debtor will be held before the Honorable Kevin S.C. Chang, Magistrate Judge of the above-entitled Court, in his courtroom in the Prince Jonah Kuhio Kalanianaole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawai'i, or at such other location and time, or by such other means as the parties may agree, pursuant to the terms and conditions set forth in the Stipulation Re:  Examination of Judgment Debtor Karen Jeffery dba Pacific Island Investments, filed on May 28, 2008 as Document Number 106:

| NAME | DATE AND TIME |
|---|---|
| Defendant and Judgment Debtor<br>Karen Jeffery<br>c/o Deborah Wright, Esq.<br>Wright & Kirshbraun, LLLC<br>1885 Main Street, Ste. 108<br>Wailuku, Hawai'i  96793 | Friday, December 5, 2008<br>9:30 a.m. |

Said continued examination of judgment debtor shall be upon oral examination, pursuant to the Federal Rules of Civil Procedure before an officer authorized by law to administer oaths.  The oral examination will continue from day to day until completed.  You are invited to attend and examine.  Said judgment debtor is required to attend.

DATED:  Honolulu, Hawai'i, May 29, 2008.

/s/ Ronald T. Michioka
RONALD T. MICHIOKA, ESQ.
Attorney for the Real Estate
Commission on matters relating to
the Real Estate Recovery Fund